IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD BAUER,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Civ. No. 05-6069-TC<br><br>ORDER |

Aiken, Judge:

Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on May 17, 2005. Magistrate Judge Coffin recommends that plaintiff's Complaint be dismissed for failure to effectuate service, lack of jurisdiction and failure to state a claim. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

-1-  ORDER

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). Plaintiff has filed timely objections to the Findings and Recommendation, and therefore I have given de novo review of Magistrate Judge Coffin's ruling. I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 9) issued May 17, 2005, is ADOPTED in its entirety. Defendants' Motion to Dismiss (doc. 5) is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 8 day of June, 2005.

/s/ Ann Aiken
Ann Aiken
United States District Judge